

1  DAVID E. KLEINFELD (Bar No. 110734)
2  PAUL A. ROSE (Bar No. 198962)
   HELLER EHRMAN LLP
3  4350 La Jolla Village Drive, 7th Floor
4  San Diego, CA 92122-1246
   Telephone: +1 (858) 450-8400
5  Facsimile: +1 (858) 450-8499

6  Attorneys for Defendant
7  BLAKENEY MANAGEMENT LTD.

8
                    UNITED STATES DISTRICT COURT
9
                 CENTRAL DISTRICT OF CALIFORNIA
10
                   SOUTHERN DIVISION - SANTA ANA
11

12  COLLINS/BAY ISLAND SECURITIES        Case No.: **SACV08-00072 DOC (MLGx)**
    LLC, a Delaware Limited Liability
13  Company,                             **NOTICE OF REMOVAL OF**
                                         **ACTION PURSUANT TO:**
14
                            Plaintiff,
15                                       **(1) 9 U.S.C. §§ 201 *et seq.***
16          v.                           **(CONVENTION ON THE**
                                         **RECOGNITION AND**
17  BLAKENEY MANAGEMENT LTD., a          **ENFORCEMENT OF FOREIGN**
18  United Kingdom Limited Company and   **ARBITRAL AWARDS); AND**
    DOES 1 to 10, inclusive,
19                                       **(2) 28 USC § 1441(b) (DIVERSITY**
20                          Defendants.  **OF CITIZENSHIP)**

21
22
23
24
25
26
27
28

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that Defendant Blakeney Management Ltd. ("Blakeney") hereby removes to this Court the state court action described below. The bases for removal are pursuant to (1) 9 U.S.C. § 205 of the Federal Arbitration Act (9 U.S.C. §§1 *et seq.*), which implements the Convention on the Recognition and Enforcement of Foreign Arbitral Awards (the "Convention"); and (2) 28 U.S.C. § 1441(b) (diversity of citizenship).  In support of this removal, Blakeney states as follows:

**Background**

1.    On or about December 20, 2007, Plaintiff Collins/Bay Island Securities LLC ("Plaintiff") commenced a breach-of-contract action against Blakeney in the Superior Court of the State of California for the County of Orange, entitled Collins/Bay Island Securities LLC v. Blakeney Management Ltd., Case No. 30-2007-00100585 (the "State Court Action").[1]  Plaintiff personally served the Complaint on Blakeney on or about December 21, 2007.

2.    The Complaint alleges that Plaintiff is a Delaware limited liability company with its principal place of business in Newport Beach, California. *See* Complaint, ¶ 1.  It further alleges that Blakeney is a United Kingdom Limited Company with its principal place of business in London, England. *See Id.* ¶ 2.

3.    In the Complaint, Plaintiff alleges a single cause of action for breach of a written "Solicitation Agreement" between Plaintiff and Blakeney. *See Id.* ¶¶ 17-20.[2]  The Complaint further alleges that "Blakeney engaged [Plaintiff] to market Blakeney's services to institutional and high net worth investors in the United States and elsewhere," whose monies Blakeney would then invest in foreign markets. *See* Complaint, ¶¶ 6-10.

---

[1] A copy of the Complaint, Summons, and Civil Case Cover Sheet, which comprise the entire record in the State Court Action, are attached hereto as Exhibit A.
[2] A copy of the Solicitation Agreement is attached to the Complaint as Exhibit 1.

2

4.     The Solicitation Agreement contains an agreement to arbitrate "any controversy or dispute which may arise between [Plaintiff] and [Blakeney] in connection with [the] Agreement…." *See* Solicitation Agreement § 7.01.  Plaintiff further alleges that its sole cause of action for breach of contract is subject to the Solicitation Agreement's arbitration clause. *See* Complaint, ¶ 11.

5.     Contemporaneously with the filing the State Court Action, Plaintiff filed a Demand for Arbitration with the American Arbitration Association asserting the same claim for breach of contract asserted in the Complaint.

**Removal Based on 9 U.S.C. § 205**

6.     The parties' dispute in the State Court Action is encompassed within the Solicitation Agreement's arbitration agreement, which is subject to  the Convention because it involves commerce in which the parties are citizens of different countries that are signatories to the Convention. *See* 9 U.S.C. §§ 1, 2, 201-202.

7.     Federal question jurisdiction is specifically granted to arbitration disputes relating to the Convention, including but not limited to enforcement of arbitration agreements. *See* 9 U.S.C. § 203 ("An action or proceeding falling under the Convention shall be deemed to arise under the laws and treaties of the United States.  The district courts of the United States … shall have original jurisdiction over such an action or proceeding, regardless of the amount in controversy.").

8.     The Convention expressly provides that disputes thereunder are removable "at any time before the trial thereof." *See* 9 U.S.C. § 205.  Thus, because the State Court Action falls under the Convention, and because Blakeney seeks removal of the State Court Action prior to trial, this Notice of Removal is timely and proper under the Convention.

**Removal Based on Diversity**

9.     This is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332.  It may be removed to this Court by Blakeney pursuant to the provisions of 28 U.S.C. § 1441(b) because it is a civil action between citizens

of different states and the matter in controversy exceeds $75,000, exclusive of interest and costs.

10.    Plaintiff is a citizen of Delaware and California because it alleges that it is a Delaware limited liability company with its principal place of business in California. *See* Complaint, ¶ 1.  Blakeney is a citizen of the United Kingdom because Plaintiff alleges that Blakeney is a United Kingdom Limited Company with its principal place of business in London, England. *See Id.* ¶ 2.  The citizenship of DOES 1-10 are disregarded for purposes of determining diversity. *See* 28 U.S.C. § 1441(a).  Thus, complete diversity among the parties exists.

11.    The amount in controversy exceeds $75,000 because Plaintiff's Demand for Arbitration, which asserts the same breach-of-contract claim alleged in the State Court Action, expressly seeks damages in excess of $75,000, exclusive of interest and costs.  Additionally, it is apparent from the nature of the dispute alleged in the Complaint that the amount in controversy exceeds $75,000. *See, e.g.,* Complaint, ¶ 8 ("Blakeney earns its revenues by taking a percentage of the total investment monies under its management."); *id.* ¶ 13 ("As a result of [Plaintiff's] efforts, Blakeney now has over $1 billion in funds under management."); Solicitation Agreement, § 4.01(b) ("The Fees paid by [Blakeney] to [Plaintiff] for an account shall be twenty percent (20%) of [Blakeney] Fee Receipts arising from such account....").  Given the nature of Plaintiff's allegations, the sum of damages sought "more likely than not" exceeds the jurisdictional requirement. *See, e.g., Sanchez v. Monumental Life Ins. Co.*, 95 F.3d 856, 860 (9th Cir. 1996) (defendant need only prove existence of the jurisdictional amount by preponderance of the evidence).

12.    This Court, therefore, has original jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1332.

13.    This removal is timely pursuant to 28 U.S.C. § 1446(b) because it is accomplished within 30 days of the date on which Blakeney was served with the initial pleading.

**Proper Division/District Court**

14.   Removal to this Division of the District Court is proper because the State Court Action was pending in the Orange County Superior Court, which is embraced by this Division and District.

January 18, 2008                         Respectfully submitted,

                                         HELLER EHRMAN LLP

                                         By
                                         DAVID E. KLEINFELD
                                         PAUL A. ROSE
                                         Defendant BLAKENEY MANAGEMENT
                                         LTD.

SD 896002 v1

**EXHIBIT A**

00/00/0000          08:37          FIRST LEGAL SUPPORT          714 541 8182

# SUMMONS
## (CITACION JUDICIAL)

SUM-100

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
BLAKENEY MANAGEMENT LTD, a United Kingdom Limited
Company, and DOES 1 to 10, inclusive,

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

DEC 20 2007

ALAN SLATER, Clerk of the Court

BY: ENRIQUE VELOZ , DEPUTY

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
COLLINS/BAY ISLAND SECURITIES LLC, a Delaware Limited
Liability Company,

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff.  A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case.  There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you.  If you cannot pay the filing fee, ask the court clerk for a fee waiver form.  If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante.  Una carta o una llamada telefónica no lo protegen.  Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte.  Es posible que haya un formulario que usted pueda usar para su respuesta.  Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol), en la biblioteca de leyes de su condado o en la corte que le quede más cerca.  Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas.  Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*
*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados.  Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro.  Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
SUPERIOR COURT OF CALIFORNIA
Central Justice Center
700 Civic Center Drive West
Santa Ana, CA 92701

CASE NUMBER:
*(Número del Caso):*
30-2007

00100585

JUDGE WILLIAM M. MONROE
DEPT. C11

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Kenneth M. Fitzgerald (142505)          (619) 236-1234   (619) 696-7419
John T. Ryan (211899)
LATHAM & WATKINS LLP
600 W. Broadway, Suite 180, San Diego, CA 92101  ENRIQUE VELOZ

DATE:   DEC 20 2007          , Clerk, by _____ , Deputy
*(Fecha)*          ALAN SLATER *(Secretario)*          *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010))*

**NOTICE TO THE PERSON SERVED: You are served**

1. [ ] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*

3. [ ] on behalf of *(specify):*

   under:  [ ] CCP 416.10 (corporation)          [ ] CCP 416.60 (minor)
           [ ] CCP 416.20 (defunct corporation)  [ ] CCP 416.70 (conservatee)
           [ ] CCP 416.40 (association or partnership)  [ ] CCP 416.90 (authorized person)
           [ ] other *(specify):*
4. [ ] by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]
SUMMONS



Code of Civil Procedure §§ 412.20, 465

00/00/0000          08.37      FIRST LEGAL SUPPORT          714 541 8182

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

DEC 20 2007

ALAN SLATER, Clerk of the Court

BY: ENRIQUE VELOZ ,DEPUTY

1   LATHAM & WATKINS
      Kenneth M. Fitzgerald (142505)
2     John T. Ryan (211899)
    600 West Broadway, Suite 1800
3   San Diego, California 92101
    Telephone: (619) 236-1234
4   Facsimile: (619) 696-7419

5   Attorneys for Plaintiff
    COLLINS/BAY ISLAND SECURITIES LLC

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                          COUNTY OF ORANGE

10                            30-2007

11  COLLINS/BAY ISLAND SECURITIES        CASE NO 0 0 1 0 0 5 8 5
    LLC, a Delaware Limited
12  Liability Company,                   COMPLAINT FOR BREACH OF
                                         CONTRACT
13                    Plaintiff,

14       v.                              JUDGE WILLIAM M. MONROE
                                         DEPT. C11
15  BLAKENEY MANAGEMENT LTD, a
    United Kingdom Limited Company
16  and DOES 1 to 10, inclusive,

17                    Defendant.

18

19            Plaintiff COLLINS/BAY ISLAND SECURITIES LLC

20  ("Collins"), for its Complaint against Defendant, alleges as

21  follows:

22            THE PARTIES, JURISDICTION AND VENUE

23       1.   Plaintiff Collins is and was at all relevant

24  times a Delaware Limited Liability Company with its principal

25  place of business in Newport Beach, California.  Collins is

26  authorized to conduct, is presently conducting, and at all

27  relevant times did conduct business within the State of

28  California.

LATHAM&WATKINS™
ATTORNEYS AT LAW
San Diego                    SD\613977.1              1          COMPLAINT FOR BREACH OF CONTRACT

1   2. Defendant BLAKENEY MANAGEMENT LTD ("Blakeney") is

2 now and was at all relevant times a United Kingdom Limited

3 Company, with its principal place of business in London,

4 England.

5   3. Plaintiff is informed and believes, and on that

6 basis alleges, that DOES 1 through 10, inclusive, are

7 individuals and entities that have engaged in the acts herein

8 alleged and are also responsible for the harm caused to Collins.

9 Plaintiff is unaware of the true names or capacities of such

10 defendants, and will amend this Complaint to include their true

11 names and capacities when they have been ascertained.

12     VENUE AND JURISDICTION

13   4. Venue is proper in this Court pursuant to

14 California Code of Civil Procedure Section 395.5 because the

15 contract giving rise to this action was entered in the County of

16 Orange, and was substantially performed here.

17   5. At all relevant times, Blakeney conducted

18 substantial business within the State of California.  As a

19 result of Blakeney's business activities in California, and

20 because Blakeney purposely availed itself of the protections of

21 California law, this Court has personal jurisdiction over it.

22     BACKGROUND FACTS

23   5. Blakeney is a money management firm, which

24 invests monies from outside investors in companies in emerging

25 markets, focused in Sub-Saharan Africa and the Middle East.

26   7. Blakeney's investor clients are institutions and

27 high net worth individuals.

28   8. Blakeney earns its revenues by taking a

1  percentage of the total investment monies under its management.

2  9.  In order to raise investment monies, beginning in

3  April 2001, Blakeney engaged Collins to market Blakeney's

4  services to institutional and high net worth investors in the

5  United States and elsewhere.

6  10.  On April 14, 2001, Collins and Blakeney entered a

7  written Solicitation Agreement, under which Collins agreed to

8  solicit investment monies for Blakeney.  A true and correct copy

9  of the Solicitation Agreement is attached hereto as Exhibit 1

10  and incorporated herein by this reference as though set forth in

11  full.

12  11.  Under the Solicitation Agreement, Blakeney agreed

13  that any disputes thereunder would be resolved by arbitration

14  administered by the American Arbitration Association, and that

15  all such disputes would be governed by California law.

16  Plaintiff hereby invokes its right to arbitrate its claim

17  against Blakeney, and requests the Court to stay this action

18  pending arbitration, reserving jurisdiction to enter judgment on

19  the arbitral award.

20  12.  Under the Solicitation Agreement, Blakeney also

21  agreed that the prevailing party in any dispute over the

22  Agreement would recover attorneys' fees and costs.

23  13.  Between April, 2001 and December, 2007, Collins

24  marketed Blakeney's investment fund to U.S. institutional

25  investors, successfully raising substantial investment monies

26  for Blakeney.  As a result of Collins' efforts, Blakeny now has

27  over $1 billion in funds under management.

28  14.  Between April, 2001 and December, 2007, Blakeney

1  compensated Collins in accordance with the terms of the

2  Solicitation Agreement.

3        15.   On December 18, 2007, Blakeney repudiated the

4  Agreement by informing Collins that it would no longer be

5  compensating Collins pursuant to its terms.  In a telephone call

6  between Blakeney's principal James Graham-Maw and Collins'

7  principal Budge Collins, Mr. Graham-Maw indicated that Blakeney

8  intended to terminate the Agreement, and would only honor its

9  terms for one additional year.  In the same telephone call,

10  Graham-Maw suddenly denied that Blakeney had an agreement with

11  Collins, despite having performed under that Agreement for over

12  six years.

13        16.   Blakeney again repudiated the Agreement on

14  December 20, 2007.  In another telephone call between James

15  Graham-Maw and Budge Collins, Graham-Maw reiterated that

16  Blakeney intended to terminate the Agreement and would only

17  honor the terms of the Agreement for one additional year.

18                      CAUSE OF ACTION

19               (Breach of Contract)

20        17.   Plaintiff re-alleges and incorporates by

21  reference the allegations contained in this Complaint in

22  paragraphs 1 through 16 inclusive.

23        18.   Plaintiff has performed all the conditions,

24  covenants, promises, and obligations under the Agreement.

25        19.   Defendant materially breached the Agreement and

26  fee schedule by repudiating its obligations thereunder.

27        20.   As a proximate result of Defendant's breach,

28  Collins has been damaged, and will suffer lost profits and

1    compensatory damages in the amount to be proven at trial.

2                    PRAYER FOR RELIEF

3              WHEREFORE, Collins prays for judgment against

4    Defendant for:

5              a.   Compensatory damages in an amount to be proven at

6    trial;

7              b.   Attorneys' fees and costs incurred herein; and

8              c.   Such other relief as the Court may deem just and

9    proper.

10

11   Dated: December 20, 2007          LATHAM & WATKINS
                                       Kenneth M. Fitzgerald
12                                     John T. Ryan

13                                     By: _____
                                           John T. Ryan
14                                         Attorneys for Plaintiff
                                           COLLINS/BAY ISLAND SECURITIES
15                                         LLC

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT 1

## SOLICITATION AGREEMENT

THIS AGREEMENT is entered into as of the _14th_ day of _APRIL_, 2001, by and between Blakeney Management Ltd ("Manager"), and Collins/Bay Island Securities LLC ("Solicitor").

### RECITALS

WHEREAS, Manager is a _____ corporation;

WHEREAS, Solicitor is a Delaware Limited Liability Company;

WHEREAS, Solicitor, acting as an independent contractor pursuant to the terms and conditions set forth below, desires from time to time to introduce investors to Manager; and

WHEREAS, Manager desires to compensate Solicitor for introducing to Manager such investors as Manager, in its sole discretion, may accept.

NOW, THEREFORE, in consideration of the foregoing and of the mutual promises and agreements hereafter set forth, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereby agree as follows:

### ARTICLE ONE
### REFERRAL SERVICES

1.01   Appointment. Manager hereby appoints Solicitor to provide the services set forth below, subject to the terms and conditions of this Agreement. Solicitor hereby accepts this appointment and agrees to render the services herein described subject to the terms and conditions of this Agreement.

1.02   Duties. Solicitor agrees:

(a)   to discuss, disseminate, and make available information concerning Manager's investment management services and products with, to, and for various entities and individuals with whom it comes into contact in the United States of America and refer to and recommend the Manager, its investment management services and the specific products listed on Schedule 1 ("Covered Products") to pension and endowment funds, foundations and family offices whom the Solicitor in its sole discretion deems to be an appropriate potential client of the Manager ("Prospective Client").

(b)   to rely on the representations contained in material created by Manager from time to time and provided to Solicitor relating to Manager's

investment management services and products when soliciting any Prospective Clients and not to make any representations regarding Manager that are false or misleading or in any way inconsistent with the written materials as provided by Manager to Solicitor.

(c)     to disclose fully to a Prospective Client that Manager has agreed to pay a fee to Solicitor for referral services.

(d)     not to provide any investment management services or render any investment advice on behalf of Manager. Solicitor shall not take any action or fail to take any action, directly or indirectly, which might reasonably cause any Prospective Client to believe that Solicitor is rendering or will render investment management services on behalf of Manager to such Prospective Clients or that any part of the compensation to be paid to Solicitor hereunder represents compensation for investment management performed by Solicitor.

(e)     to supervise Solicitor's personnel performing acts in connection with the terms and conditions of this Agreement and to assume sole responsibility for all activities taken by its personnel in connection with this Agreement

1.03     Exclusivity. Solicitor undertakes not to represent investment managers other than Manager in obtaining clients for investments of the sort described on Schedule 1, hereto until this agreement is terminated pursuant to Article Five of this agreement (the "exclusivity period"). During the exclusivity period, Manager will not retain or use the services of any independent contractor other than Solicitor to solicit investment management services or investment in the Covered Products for Manager from U.S. and Canadian pension and endowment funds, foundations and family offices. Eighteen months from the date of execution of this agreement, Manager and Solicitor have the option to review this arrangement with the option to rescind exclusivity granted to Solicitor.

1.04     No Use of Unauthorized Material. Neither Solicitor nor any of its directors, affiliates, officers, employees, or agents shall, without the express prior written approval of Manager (which approval may by withheld at the sole discretion of Manager), create, publish or otherwise distribute, disseminate or otherwise engage in or utilize, directly or indirectly, any form of solicitation or advertisement, including, without limitation, any market letters involving or relating to Manager, its services, or its relationship with any Prospective Client. Solicitor shall not display or use in any manner whatsoever, directly or indirectly, or by implication, Manager's name or logo without the express prior written approval of Manager.

1.05     Independent Contractor Relationship. The parties understand and agree that Solicitor is an independent contractor and that neither Solicitor nor any person affiliated therewith is a partner, officer, director, employee, affiliate, agent, or associated person of Manager or any affiliate thereof, and can bind Manager. Solicitor has no authority to represent that it or any person affiliated with it is a partner, officer, director, employee, affiliate, agent or associated person of Manager, and any such representation, if made, shall not bind Manager and may not be relied on by any other person. Solicitor agrees that neither it nor any of its

- 2 -

employees or agents are authorized to make any representations concerning Manager or Manager's services, except as otherwise provided herein.

## ARTICLE TWO
### REPRESENTATIONS AND WARRANTIES OF MANAGER

Manager represents and warrants as follows:

2.01   Organization.  Manager is a _____ corporation, duly organized, validly existing.

2.02   Authority.  Manager has the full power and authority to execute and deliver this Agreement and to carry out the transactions contemplated by this Agreement.

2.03   Binding Obligation.  This Agreement constitutes the legal, valid and binding obligation of Manager, enforceable in accordance with its terms, except (a) that such enforcement may be subject to bankruptcy, insolvency, moratorium, or similar laws affecting creditors' rights, and (b) that the remedy of specific performance and injunctive and other forms of equitable relief are subject to certain equitable defenses and to the discretion of the court before which any proceedings therefore may be brought.

2.04   No Violation.  The execution and delivery of this Agreement by Manager does not, and the performance of this Agreement by Manager will not (a) violate any statute, law, rule, regulation, order, judgment, award, administrative interpretation, injunction, writ, or decree of any court or governmental authority, or (b) require any consent, approval, permit, authorization or other action of any third party, including without limitation any governmental authority.

The representations, warranties, and covenants set forth herein are continuous during the term of this Agreement and Manager agrees to notify Solicitor immediately, in writing, if, at any time during the course of this Agreement, any of the representations, warranties, or covenants set forth herein become inaccurate or untrue and of the facts related thereto.

## ARTICLE THREE
### REPRESENTATIONS AND WARRANTIES OF SOLICITOR

Solicitor represents and warrants as follows:

3.01   Organization.  Solicitor is a Limited Liability Company duly organized, and validly existing under Delaware law.

3.02   Authority.  Solicitor has the full power and authority to execute and deliver this Agreement and to carry out the transactions contemplated by this Agreement.

- 3 -

3.03   Binding Obligation.   This Agreement constitutes the legal, valid and binding obligation of Solicitor, enforceable in accordance with its terms, except (a) that such enforcement may be subject to bankruptcy, insolvency, moratorium, or similar laws affecting creditors' rights, and (b) that the remedy of specific performance and injunctive and other forms of equitable relief are subject to certain equitable defenses and to the discretion of the court before which any proceedings therefore may be brought.

3.04   No Violations.   The execution and delivery of this Agreement by Solicitor does not, and the performance of this Agreement by Solicitor will not, (a) violate any statute, law, rule, regulation, order, judgment, award, administrative interpretation, injunction, writ, or decree of any court or governmental authority, or   (b) require any consent, approval, permit, authorization or other action of any third party, including without limitation any governmental authority.   Solicitor and any person who assists Solicitor in connection with this Agreement are, and throughout the duration of this Agreement will remain, in compliance with all applicable laws in those jurisdictions in which they conduct, or will conduct, Solicitor's business, including, but not limited to, any federal, foreign or state licensing or registration laws and rules of any self-regulatory organization of which Solicitor is a member or a member organization.

3.05   Legal Obligations.   Solicitor is familiar with and understands its statutory and regulatory obligations under applicable federal and state law governing investment management activities and solicitations on behalf of investment managers, including applicable registration and anti-fraud requirements, and will solicit on behalf of Manager only in accordance with those laws, this Agreement and Manager's instructions.

The representations, warranties, and covenants set forth herein are continuous during the term of this Agreement and Solicitor agrees to notify Manager immediately, in writing, if, at any time during the course of this Agreement, any of the representations, warranties, or covenants set forth herein become inaccurate or untrue and of the facts related thereto.

## ARTICLE FOUR
## COMPENSATION

4.01   Compensation of Solicitor.   For its services under this Agreement, Manager shall compensate Solicitor as follows:

(a)   Annual Retainer Fee.   Manager shall pay Solicitor an annual retainer fee of $75,000, the first $18,750 of which is due upon presentation of an invoice to Manager after execution of this Agreement and the next succeeding payment installments of $18,750 being due every 90 days thereafter.

(b)   Asset Based and Incentive Fees.   Manager shall pay to Solicitor asset based and incentive fees (the "Fees"), separate and apart from the Annual Retainer Fee, with respect to each new account obtained by Manager during the term of this Agreement. The Fees to be paid to Solicitor shall be determined on the basis of fees earned and collected by Manager on each new account obtained

- 4 -

by Manager if the Solicitor played a direct or indirect role in the securing the new account by Manager.

An account obtained by Manager shall be deemed to be a "New Account" of the Solicitor for purposes of determining the Fees payable to Solicitor if Manager receives any fee payment with respect to such account during the term of this Agreement. The fee receipts of Manager for purposes of calculating the Fees owed to Solicitor (hereinafter, "Manager Fee Receipts") shall include all fees earned and received by Manager as a result of cash or in-kind additions to the funds under management, fees determined on the basis of growth of assets in the account, fees based on investment performance, or fees based on any other basis, but not including any custodial fees. The Fees paid by Manager to Solicitor for an account shall be twenty percent (20%) of Manager Fee Receipts arising from such account so long as Manager receives Manager Fee Receipts from that account.

Notwithstanding termination of this Agreement as provided below, Manager shall be obligated to continue to pay Fees to Solicitor for an account for so long as Manager receives Manager Fee Receipts from that account per the terms of this Agreement. To enable Solicitor to invoice for its Fees, Manager will provide to Solicitor within fifteen (15) days of the end of each calendar quarter, (1) a listing of all invoices and invoice amounts issued by Manager during the quarter to accounts with respect to which Solicitor is entitled to receive Fees, (2) a listing of all additions to or withdrawals from assets under Manager's management during the quarter for each such account, and (3) a listing of all fees received by Manager in the quarter for such accounts. Invoices rendered by Solicitor shall be due and payable seven (7) days after receipt of Manager Fee Receipts by Manager or at the end of the month in which the Solicitor invoice is received, whichever is later.

(c)   Certain Limitations on Fees. As of the date of execution of the Agreement, certain clients and prospective clients have an existing relationship with Manager and they are listed on our Schedule 3 and no Fees shall be paid to Solicitor by Manager for any of those listed without prior agreement.

(d)   Momentum. The parties recognize that the soliciting program contemplated herein will have developed leads attributable directly and indirectly to the efforts of Solicitor at the time of any termination hereof. Accordingly, Solicitor shall have the right, within thirty (30) days after any termination hereof, to deliver to Manager a written list of prospective clients up to 20 such clients, which Solicitor has contacted during the life of this Agreement. Solicitor shall be entitled to receive Fees as provided for in this Agreement on any new account obtained by Manager within twenty four (24) months following termination of this Agreement involving any such listed prospect.

(e)   Other Expenses. Solicitor will pay all its own telephone, travel and entertainment expenses related to its sales, marketing and client service efforts on behalf of Manager under this Agreement, except for those expenses otherwise addressed herein. Solicitor shall pay for all reasonable costs of

- 5 -

preparing written materials and account meeting books to be submitted to clients as part of Solicitor's client service efforts. Solicitor shall have no responsibility for paying any sales, marketing, training, overhead or other costs incurred by Manager under or as a result of this Agreement.

(f)     Solicitation Materials.   All solicitation materials created by Solicitor in connection herewith shall be deemed the property of Solicitor for the exclusive purpose of carrying out services described in Section 1.02 but shall be subject to approval by the Manager.  Use of these solicitation materials by Manager without Solicitor consent is prohibited.  If marketing materials created by Solicitor are delivered by Manager to any prospective new account with respect to which Solicitor would not otherwise receive Fees and Manager thereafter receives any Manager Fee Receipts from such account, the Fees provided for in Section 4.01(b) of this Agreement will apply to such account.

(g)     Fees Buyout.  The Manager may at any quarter end, at Manager's option, buyout, and thereby terminate, Solicitor's right to receive future Fees for any account under this agreement for cash consideration equal to five (5) percent of the total funds under management for such account at the time of the buyout provided all Fees earned and prorated through the effective date of the buyout are paid and current.  Any such buyout must be completed and paid in full within fifteen (15) days following the quarter end.  This buyout right may be exercised whether or not this agreement is effective, continuing or terminated.

4.02   Expenses. Each party shall bear all its own expenses incurred in connection with this Agreement.

## ARTICLE FIVE
## TERMINATION

5.01   Termination.  This Agreement may be terminated by either party hereto (without penalty) at any time on not less than thirty days prior written notice to the other party hereto.  In addition, either party may terminate this Agreement immediately upon written notice to the other party if (i) any representation or warranty made by the other party was untrue or inaccurate when made or becomes untrue or inaccurate at any time thereafter, (ii) the other party is in breach of any term, provision or covenant of this Agreement, or (iii) if it in good faith believes that the continued performance of this Agreement is reasonably likely to violate any law, regulation, or order of any regulatory body or is reasonably likely to result in civil, criminal, or regulatory action asserting that this Agreement or the continued performance of this Agreement violates any law, regulation, or order of any regulatory body and that party determines, in its reasonable business judgment and after good faith discussion with the other party, that the Agreement cannot be modified or performance under the Agreement changed to cure such violation or reduce such risk to an acceptable level without adversely affecting its own business.

## ARTICLE SIX
## OVERSIGHT

6.01    Solicitor's Duties.  Solicitor agrees to perform its duties under this Agreement in a manner consistent with the instructions of Manager and with all applicable laws, whether foreign, federal, or state, and all rules of self-regulatory organizations of which Solicitor is a member or member organization.  Nothing in this Agreement or will be deemed to relieve Solicitor of any fiduciary or other obligation which it may have under the securities laws or other applicable laws.

## ARTICLE SEVEN
## ARBITRATION

7.01    Arbitration.  Any controversy or dispute which may arise between Manager and Solicitor in connection with this Agreement shall be determined and settled by arbitration pursuant to the rules then in effect of the American Arbitration Association of such other arbitration service provider mutually agreed to by the parties, and each party hereby consents to the jurisdiction thereof.  Any award rendered shall be final and conclusive upon the parties and a judgment thereon may be entered in a court having competent jurisdiction.  The party submitting such dispute shall request the arbitration service provider to (i) appoint an arbitrator who is knowledgeable in the investment management industry and who will follow substantive rules of law; (ii) allow for the parties to request discovery pursuant to the rules then in effect under the Federal Rules of Civil Procedure for a period not to exceed (60) days; (iii) require the testimony to the transcribed; and (iv) require the award to be accompanied by findings of fact and a statement of reasons for the decision.  All costs and expenses, including attorney fees, of all parties incurred in any dispute which is determined and/or settled by arbitration pursuant to this Article Seven shall be borne by the party determined to be liable in respect of such dispute; provided, however, that if complete liability is not assessed against any one party, the parties shall share the total costs in proportion to their respective amounts of liability so determined.

## ARTICLE EIGHT
## MISCELLANEOUS

8.01    Notices.  All notices and other communications hereunder shall be in writing and shall be deemed given if delivered personally or by facsimile transmission, telexed, electronic mail or mailed by registered or certified mail return receipt requested, postage prepaid, to the parties at the following addresses (or at such other address as shall be specified by like notice; provided that notices of a change of address shall be effective only upon receipt thereof):

(a)    To Manager as follows:

Name:        James Graham-Maw
Address:     Blakeney Management Ltd.
             29 Chelsea Wharf, Lots Road
             London, UK SW10 0QJ

Facsimile:   44-020-7352-6157

- 7 -

(b)     To Solicitor as follows:

Name:          Budge Collins or Michael Earley
Address:       Collins/Bay Island Capital LLC
               840 Newport Center Drive, Suite 660
               Newport Beach, CA 92660

Facsimile:     (949) 720-1754


8.02    Entire Agreement.  This Agreement supersedes any prior agreements between the parties (written and oral) with respect to referral services and is intended as a complete and exclusive statement of the terms of the solicitation agreement between the parties.    This Agreement may be amended or modified only by a written instrument duly executed by the parties.

8.03    Governing law.  This Agreement is a contract under the law of California and shall for all purposes be governed by and construed in accordance with the laws of California, without regard to its principles of conflicts of laws.

8.04    Headings.  The headings contained in this Agreement are for reference purposes only and shall not affect in any way the meaning or interpretation of this Agreement.

8.05    Assignability.  No party hereto shall assign this Agreement or any part hereof without the prior written consent of the other party.

8.06    No Third Party Beneficiaries.  Nothing in this Agreement shall entitle any person other than Solicitor and Manager to any claim, cause of action, remedy or right of any kind.

8.07    Severability.   Any term or provision of this Agreement that is invalid or unenforceable in any jurisdiction shall, as to such jurisdiction, be ineffective to the extent of such invalidity or unenforceability without rendering invalid or unenforceable the remaining terms and provisions of this Agreement in such or any other jurisdiction.  If any provision of this Agreement is so broad as to be unenforceable, such provision shall be interpreted to be only so broad as is enforceable.

8.08    Counterparts.  This Agreement may be executed in Counterparts, each of which shall be deemed an original, but all of which taken together shall constitute one and the same Agreement.

8.09    Proprietary Information.  Any information pertaining to any Manager program or service is proprietary in nature and belongs exclusively to Manager.  Solicitor agrees not to disclose any information concerning Manager's programs or services to any person, for consideration or otherwise, except in connection with the terms and conditions of this Agreement.

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed by their officers designated below as of the date first written above.

Solicitor

By: _Budge Coll_ 4/14/01
     Name:     Budge Collins
     Title:     President

Manager

By: _James Graham-Maw_ 4/14/01
     Name:     James Graham-Maw
     Title:     Partner

- 9 -

00/00/0000          08:37          FIRST LEGAL SUPPORT          714 541 8182

CM-010

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*<br>John T. Ryan (211899)<br>Kenneth M. Fitzgerald (142505)<br>LATHAM & WATKINS LLP<br>600 W. Broadway, Suite 1800<br>San Diego, CA 92101<br>TELEPHONE NO.: (619) 236-1234   FAX NO.: (619) 696-7419<br>ATTORNEY FOR *(Name):* Plaintiff Collins/Bay Island Securities | **FILED**<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF ORANGE<br>CENTRAL JUSTICE CENTER<br>**DEC 20 2007**<br>ALAN SLATER, Clerk of the Court<br>BY: ENRIQUE VELOZ, DEPUTY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
STREET ADDRESS: 700 Civic Center Drive West
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Ana, CA 92701
BRANCH NAME: Central Justice Center

CASE NAME: COLLINS/BAY ISLAND SECURITIES LLC v.
BLAKENEY MANAGEMENT LTD

30-2007
00100585

JUDGE WILLIAM M. MONROE
DEPT. C11

| **CIVIL CASE COVER SHEET** | | **Complex Case Designation** | CASE NUMBER: |
|---|---|---|---|
| [X] Unlimited<br>(Amount<br>demanded<br>exceeds $25,000) | [ ] Limited<br>(Amount<br>demanded is<br>$25,000 or less) | [ ] Counter   [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | DEPT: |

*Items 1-6 below must be completed (see instructions on page 2).*

**1.** Check **one** box below for the case type that best describes this case:

| Auto Tort | Contract | Provisionally Complex Civil Litigation |
|---|---|---|
| [ ] Auto (22) | [X] Breach of contract/warranty (06) | (Cal. Rules of Court, rules 3.400-3.403) |
| [ ] Uninsured motorist (46) | [ ] Rule 3.740 collections (09) | [ ] Antitrust/Trade regulation (03) |
| **Other PI/PD/WD (Personal Injury/Property** | [ ] Other collections (09) | [ ] Construction defect (10) |
| **Damage/Wrongful Death) Tort** | [ ] Insurance coverage (18) | [ ] Mass tort (40) |
| [ ] Asbestos (04) | [ ] Other contract (37) | [ ] Securities litigation (28) |
| [ ] Product liability (24) | **Real Property** | [ ] Environmental/Toxic tort (30) |
| [ ] Medical malpractice (45) | [ ] Eminent domain/Inverse | [ ] Insurance coverage claims arising from the |
| [ ] Other PI/PD/WD (23) | condemnation (14) | above listed provisionally complex case |
| **Non-PI/PD/WD (Other) Tort** | [ ] Wrongful eviction (33) | types (41) |
| [ ] Business tort/unfair business practice (07) | [ ] Other real property (26) | **Enforcement of Judgment** |
| [ ] Civil rights (08) | **Unlawful Detainer** | [ ] Enforcement of judgment (20) |
| [ ] Defamation (13) | [ ] Commercial (31) | **Miscellaneous Civil Complaint** |
| [ ] Fraud (16) | [ ] Residential (32) | [ ] RICO (27) |
| [ ] Intellectual property (19) | [ ] Drugs (38) | [ ] Other complaint *(not specified above)* (42) |
| [ ] Professional negligence (25) | **Judicial Review** | **Miscellaneous Civil Petition** |
| [ ] Other non-PI/PD/WD tort (35) | [ ] Asset forfeiture (05) | [ ] Partnership and corporate governance (21) |
| **Employment** | [ ] Petition re: arbitration award (11) | [ ] Other petition *(not specified above)* (43) |
| [ ] Wrongful termination (36) | [ ] Writ of mandate (02) | |
| [ ] Other employment (15) | [ ] Other judicial review (39) | |

**2.** This case [ ] is [X] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
a. [ ] Large number of separately represented parties     d. [ ] Large number of witnesses
b. [ ] Extensive motion practice raising difficult or novel     e. [ ] Coordination with related actions pending in one or more courts
   issues that will be time-consuming to resolve        in other counties, states, or countries, or in a federal court
c. [ ] Substantial amount of documentary evidence     f. [ ] Substantial postjudgment judicial supervision

**3.** Remedies sought *(check all that apply):* a. [X] monetary b. [ ] nonmonetary; declaratory or injunctive relief c. [ ] punitive

**4.** Number of causes of action *(specify):*

**5.** This case [ ] is [X] is not a class action suit.

**6.** If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: December 20 2007

John T. Ryan (211899)
(TYPE OR PRINT NAME)                                        (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev July 1 2007]

**CIVIL CASE COVER SHEET**

Legal
Solutions
Plus

Cal. Rules of Court, rules 2.30, 3.220, 3.400-3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE

## ALTERNATIVE DISPUTE RESOLUTION (ADR)
## INFORMATION PACKAGE

**NOTICE TO PLAINTIFF(S) AND/OR CROSS-COMPLAINANT(S):**

**Rule 3.221(c) of the California Rules of Court requires you to serve a copy of the ADR information package along with the complaint and/or cross-complaint.**

California Rules of Court - Rule 3.221
Information about ADR

(a)     Each court shall make available to the plaintiff, at the time of filing of the complaint, an ADR information package that includes, at a minimum, all of the following:

(1) General information about the potential advantages and disadvantages of ADR and descriptions of the principal ADR processes.

(2) Information about the ADR programs available in that court, including citations to any applicable local court rules and directions for contacting any court staff responsible for providing parties with assistance regarding ADR.

(3) In counties that are participating in the Dispute Resolution Programs Act (DRPA), information about the availability of local dispute resolution programs funded under the DRPA. This information may take the form of a list of the applicable programs or directions for contacting the county's DRPA coordinator.

(4) An ADR stipulation form that parties may use to stipulate to the use of an ADR process.

(b)     A court may make the ADR information package available on its Web site as long as paper copies are also made available in the clerk's office.

(c)     The plaintiff must serve a copy of the ADR information package on each defendant along with the complaint. Cross-complainants must serve a copy of the ADR information package on any new parties to the action along with the cross-complaint.

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
## Did you know that most civil lawsuits settle without a trial?

**Introduction**
And did you know that there are a number of ways to resolve civil disputes without having to sue somebody?  These alternatives to a lawsuit are known as alternative dispute resolution (ADR). The most common forms of ADR are mediation, arbitration, and case evaluation. There are a number of other kinds of ADR as well.

In ADR, trained, impartial persons decide disputes or help parties decide disputes themselves. These persons are called neutrals. For example, in mediation, the neutral is the mediator. Neutrals normally are chosen by the disputing parties or by the court. Neutrals can help parties resolve disputes without having to go to court.  ADR is not new. ADR is available in many communities, through dispute resolution programs and private neutrals.

**Advantages of ADR**
ADR can have a number of advantages over a lawsuit.  ADR can be speedier. A dispute often can be resolved in a matter of months, even weeks, through ADR, while a lawsuit can take years.  ADR can save money. Court costs, attorney's fees, and expert fees can be saved.  ADR can permit more participation. The parties may have more chances to tell their side of the story than in court and may have more control over the outcome. ADR can be flexible. The parties can choose the ADR process that is best for them. For example, in mediation the parties may decide how to resolve their dispute.

ADR can be cooperative. This means that the parties having a dispute may work together with the neutral to resolve the dispute and agree to a remedy that makes sense to them, rather than work against each other.  ADR can reduce stress. There are fewer, if any, court appearances. And because ADR can be speedier, and save money, and because the parties are normally cooperative, ADR is easier on the nerves. The parties don't have a lawsuit hanging over their heads for years.

ADR can be more satisfying. For all the above reasons, many people have reported a high degree of satisfaction with ADR.   Because of these advantages, many parties choose ADR to resolve a dispute, instead of filing a lawsuit. Even when a lawsuit has been filed, the court can refer the dispute to a neutral before the parties' positions harden and the lawsuit becomes costly. ADR has been used to resolve disputes even after a trial, when the result is appealed.

**Disadvantages of ADR**
ADR may not be suitable for every dispute.  If ADR is binding, the parties normally give up most court protections, including a decision by a judge or jury under formal rules of evidence and procedure, and review for legal error by an appellate court.  There generally is less opportunity to find out about the other side's case with ADR than with litigation. ADR may not be effective if it takes place before the parties have sufficient information to resolve the dispute.  The neutral may charge a fee for his or her services.  If a dispute is not resolved through ADR, the parties may have to put time and money into both ADR and a lawsuit.

Lawsuits must be brought within specified periods of time, known as statutes of limitation. Parties must be careful not to let a statute of limitations run out while a dispute is in an ADR process.

**Three Common Types of ADR**
This pamphlet describes the forms of ADR most often found in the California state courts and discusses when each may be right for a dispute

**MEDIATION**
In mediation, a neutral (the mediator) assists the parties in reaching a mutually acceptable resolution of their dispute. Unlike lawsuits or some other types of ADR, the mediator does not decide how the dispute is to be resolved. The parties do.

Mediation is a cooperative process, in which the parties work together toward a resolution that tries to meet everyone's interests, instead of working against each other, where at least one party loses. Mediation normally leads to better relations between the parties and to resolutions that hold up. For example, mediation has been very successful in family disputes, particularly with child custody and visitation.

Mediation is particularly effective when the parties have a continuing relationship, like neighbors or business people. Mediation also is very effective where personal feelings are getting in the way of a resolution. This is because mediation normally gives the parties a chance to let out their feelings and find out how each other sees things.  Mediation may not be a good idea when one party is unwilling to discuss a resolution or when one party has been a victim of the other or cannot have enough bargaining power in the mediation. However, mediation can be successful for victims seeking restitution from offenders. A mediator can meet with the parties separately when there has been violence between them.

## ARBITRATION

In arbitration, a neutral (the arbitrator) reviews evidence, hears arguments, and makes a decision (award) to resolve the dispute. This is very different from mediation, where the mediator helps the parties reach their own resolution. Arbitration normally is more informal and much speedier and less expensive than a lawsuit. Because of the large number of cases awaiting trial in many courts, a dispute normally can be heard much more quickly by an arbitrator than by a judge.

Often a case that may take a week to try in court can be heard by an arbitrator in a matter of hours, because evidence can be submitted by documents (like medical reports and bills and business records), rather than by testimony.

There are two kinds of arbitration in California. Private arbitration, by agreement of the parties involved in the dispute, takes place outside of the courts and, normally, is binding. In most cases "binding" means that the arbitrator's decision (award) is final and there will not be a trial or an appeal of that decision. By contrast, a decision by an arbitrator in a case referred by the courts, known as "judicial arbitration," is not binding, unless the parties agree to be bound. A party who does not like the award may file a request for trial with the court within a specified time. However, if that party does not do better in the trial than in arbitration, he or she may have to pay a penalty.

Arbitration is best for cases where the parties want a decision without the expense of a trial. Arbitration may be better than mediation when the parties have no relationship except for the dispute.

Arbitration may not be a good idea when the parties want to resolve their dispute by themselves, or with the aid of a neutral.

## CASE EVALUATION

In case evaluation, a neutral (the evaluator) gives an opinion on the strengths and weaknesses of each party's evidence and arguments, and makes an evaluation of the case. Each party gets a chance to present the case and hear the other side. This may lead to a settlement, or at least help the parties prepare to resolve the dispute later on.

Case evaluation, like mediation, can come early in the dispute and save time and money.

Case evaluation is most effective when someone has an unrealistic view of the dispute or when the only real issue is what the case is worth, or when there are technical or scientific questions to be worked out.

Case evaluation may not be a good idea when it is too soon to tell what the case is worth or when the dispute is about something besides money, like a neighbor playing loud music late at night.

## Additional Information

There are several other types of ADR beside mediation, arbitration, and case evaluation. Some of these are conciliation, settlement conferences, fact finding, mini-trials, and summary jury trials. Sometimes parties will try a combination of ADR types. The important thing is to try to find the type or types of ADR that are most likely to resolve your dispute.

The selection of a neutral is an important decision. There is no legal requirement that the neutral be licensed or hold any particular certificate. However, some programs have established qualification requirements for neutrals. You may wish to inquire about the qualifications of any neutral you are considering. Agreements reached through ADR normally are put in writing by the neutral and, if the parties wish, may become binding contracts that can be enforced by a judge. You may wish to seek the advice of an attorney as to your legal rights and other matters relating to the dispute.

## Whom Do You Call?

To locate a dispute resolution program or neutral in your community:
Contact the California Department of Consumer Affairs, Consumer Information Center, toll free, 1-800-952-5210, or contact the local bar association, or look in the Yellow Pages under "Arbitrators" or "Mediators."

For more information on local Arbitration Programs, please phone 714/834-3774 (for court ordered arbitration only) or refer to Superior Court of California, County of Orange, Local Rules 360 and 446.

Free mediation services are provided under the Orange County Dispute Resolution Program Act (DRPA). For information regarding DRPA, phone: Institute for Conflict Management (714) 288-5600; Community Service Programs, Inc. (949) 851-3168; Orange County Human Relations (714) 834-7198; or Fair Housing Council of Orange County (714) 569-0827.

**There may be a charge for services provided by private arbitrators and mediators.**
*Presented by the Judicial Council of California and the State Bar of California - March 1998*

| | |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**<br>JUSTICE CENTER:<br>☐ Central - 700 Civic Center Dr. West, Santa Ana, CA 92701-4045<br>☐ Civil Complex Center - 751 W. Santa Ana Blvd , Santa Ana, CA 92701-4512<br>☐ Harbor-Laguna Hills Facility - 23141 Moulton Pkwy., Laguna Hills, CA 92653-1251<br>☐ Harbor-Newport Beach Facility - 4601 Jamboree Rd , Newport Beach, CA 92660-2595<br>☐ North – 1275 N  Berkeley Ave , P  O  Box 5000, Fullerton, CA 92838-0500<br>☐ West - 8141 13ᵗʰ Street, Westminster, CA 92683-4593 | *FOR COURT USE ONLY* |
| PLAINTIFF:<br><br>DEFENDANT: | |
| **ALTERNATIVE DISPUTE RESOLUTION (ADR) STIPULATION** | CASE NUMBER: |

Plaintiff(s),_____

_____

and defendant(s),_____

_____

agree to the following dispute resolution process:

☐   Mediation

☐   Arbitration (must specify code)
- ☐   Under Section 1141.11 of the Code of Civil Procedure
- ☐   Under Section 1280 of the Code of Civil Procedure

☐   Neutral Case Evaluation

☐   Other (specify):_____

☐   Plaintiff(s) and Defendant(s) further agree as follows:

_____

_____

_____

_____

_____

_____

_____

_____

We understand that there may be a charge for services provided by private arbitrators and mediators.

Date:_____

(SIGNATURE OF PLAINTIFF OR ATTORNEY)          (SIGNATURE OF PLAINTIFF OR ATTORNEY)

Date:_____

(SIGNATURE OF DEFENDANT OR ATTORNEY)          (SIGNATURE OF DEFENDANT OR ATTORNEY)

**ALTERNATIVE DISPUTE RESOLUTION (ADR) STIPULATION**

# SUPERIOR COURT OF CALIFORNIA

## ORANGE COUNTY – CENTRAL JUSTICE CENTER

## CIVIL DEPARTMENT CALENDAR SCHEDULING CHART

### Ex Parte applications must comply with California Rules of Court, rules 3.1200 – 3.1207
### Court Local Rules are located at www.occourts.org

| Dept. | Judicial Officer | Motion Days and Time | Ex Parte Days and Time | Telephonic Notice to Courtroom the day before the hearing but no later than: | Ex Parte Application and Proposed Order presented to the court the day before the hearing but no later than: | Rulings posted on Internet? | Other Call for available dates. |
|---|---|---|---|---|---|---|---|
| C27 | LEWIS 714-834-2287 | Monday 10:30 a.m. | T, W, Th 8:30 a.m. | 10:00 a.m. | 2:00 p.m | Yes - noon Friday before | Late ex parte applications shall not be accepted. Teleconference appearances are voluntary and do not require consent by court or other parties. However, the court reserves to right to reject any request. Teleconference appearances are conducted in conformity with the guidelines, which are available by calling CourtCall, LLC at (310)914-7884 or (888) 88-COURT |
| C14 | MARGINES 714-834-4526 | Wednesday 1:30 p.m. | Daily 1:30 p.m. | 10:00 a.m. | 10:30 a.m. | No | Notice must be given to opposing party by 10:00 a.m. day before ex parte hearing. |
| C21 | MCEACHEN 714-834-4680 | Tuesday 1:30 p.m. | M, T, W, Th 9:00 a.m. | 9:00 a.m. | 3:00 p.m. | yes | |
| C4 | MILLER 714-834-4495 | Tuesday 1:30 p.m. | M, T, W, Th 9:00 a.m. | Noon | 3:00 p.m. | Yes- noon day of hearing | If Monday is a holiday, law and motion is heard on Thursday at 1:30 p.m. Teleconference appearances are voluntary and do not require consent by court or other parties. However, the court reserves to right to reject any request. Teleconference appearances are conducted in conformity with the guidelines, which are available by calling CourtCall, LLC at (310)914-7884 or (888) 88-COURT |
| C7 | MOBERLY 714-834-4656 | Tuesday 2:00 p.m. | M,W,Th,F 1:30 p.m. | Noon | 3:00 p.m. | Yes - 4:30 p.m. the day before | If Monday is a holiday, law and motion is heard on Thursday at 2:00 p.m. Motions for Demurrers, MSJ's and Adjudication of Issues must be reserved with C-7, prior to filing by calling (714)834-4656. If there is no appearance for argument, the court will order the tentative ruling to become effective and final the date of the hearing. |
| C11 | MONROE 714-834-4694 | Tuesday 2:00 p.m. | T,W, Th 8:30 a.m. | Noon | 4:00 p.m. | Yes - by 4:00 p.m. the day before | |

**NOTICE OF ASSIGNMENT**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge David O. Carter and the assigned discovery Magistrate Judge is Marc Goldman.

The case number on all documents filed with the Court should read as follows:

## SACV08- 72 DOC (MLGx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

☐ **Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

☒ **Southern Division**
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

☐ **Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.

# CIVIL COVER SHEET

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| COLLINS/BAY ISLAND SECURITIES LLC | BLAKENEY MANAGEMENT LTD. |

| (b) County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases): | County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only): London, England |
|---|---|

| (c) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) Kenneth M. Fitzgerald   (619) 236-1234 Latham & Watkins 600 West Broadway, Suite 180 San Diego, CA  92101 | Attorneys (If Known) David E. Kleinfeld      (858) 450-8400 Heller Ehrman LLP 4350 La Jolla Village Drive, 7th Floor San Diego, CA  92122 |
|---|---|

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff

☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☐ 1 Original Proceeding   ☑ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☐ Yes  ☑ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☑ No      ☑ MONEY DEMANDED IN COMPLAINT: $ In excess of $75,000

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Breach of Contract

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motion to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities /Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☑ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 630 Liquor Laws | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 640 R.R. & Truck | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | ☐ 445 American with Disabilities - Employment | ☐ 650 Airline Regs | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 240 Torts to Land | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 245 Tort Product Liability | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☑ No  ☐ Yes

If yes, list case number(s):

**FOR OFFICE USE ONLY:**   Case Number: _____

CV-71 (07/05)                     CIVIL COVER SHEET                     Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

**VIII(b). RELATED CASES:** Have any cases been previously filed that are related to the present case? ☑ No   ☐ Yes

If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
                                ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
                                ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
                                ☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** List the California County, or State if other than California, in which **EACH** named plaintiff resides (Use an additional sheet if necessary)
☐ Check here if the U.S. government, its agencies or employees is a named plaintiff.
   Orange County

List the California County, or State if other than California, in which **EACH** named defendant resides.  (Use an additional sheet if necessary).
☐ Check here if the U.S. government, its agencies or employees is a named defendant.
   London, England

List the California County, or State if other than California, in which **EACH** claim arose.  (Use an additional sheet if necessary)
**Note:** In land condemnation cases, use the location of the tract of land involved.

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____   Date   1/18/08

**Notice to Counsel/Parties:**  The CV-71 (JS-44)  Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law.  This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but  is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet.  (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability.  (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended.  (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended.  (42 U.S.C. (g)) |